FILED
3/10/2015 3:17:35 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cecilia Barbosa

CAUSE NO. 2014-CI-06284

| | | |
|---|---|---|
| SANDRA SCHROEDER AND | § | IN THE DISTRICT COURT |
| DUANE J. RAMOS, INDIVIDUALLY AND | § | |
| AS ALL HEIRS TO THE ESTATE OF | § | |
| SYLVIA RAMOS, DECEASED | § | |
| | § | |
| VS. | § | |
| | § | |
| PM MANAGEMENT – WINDCREST NC, | § | 288TH JUDICIAL DISTRICT |
| LLC D/B/A TRISUN CARE CENTER | § | |
| WINDCREST, GERALD HARRINGTON, | § | |
| M.D., SETTERS MEDICAL GROUP, P.A., | § | |
| RUDOLFO ZARATE, M.D. AND ZARATE | § | |
| MEDICAL GROUP, P.A. | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/12/2015 10:40:20 AM
KEITH E. HOTTLE
Clerk

## DEFENDANT GERALD HARRINGTON, M.D.'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GERALD HARRINGTON, M.D., a Defendant in the above-entitled and numbered cause, and files this his Notice of Appeal, pursuant to Rule 25 of the Texas Rules of Appellate Procedure and Section 51.014(a)(9) of the Texas Civil Practice & Remedies Code, to appeal the Court's order denying Defendant Gerald Harrington, M.D.'s Motion for Dismissal Pursuant to Section 74.351 of the Texas Civil Practice and Remedies Code, and for such notice would respectfully show unto the Clerk the following:

**I.**

## NOTICE OF APPEAL

Notice is hereby given by Defendant Gerald Harrington, M.D. that he desires to appeal the trial court's order denying Defendant Gerald Harrington, M.D.'s Motion for Dismissal Pursuant to Section 74.351 of the Texas Civil Practice and Remedies Code, entered by the 288th Judicial District Court, Bexar County, Texas in Cause No. 2014-CI-06284, styled *Sandra Schroeder and Duane J. Ramos, Individually and as all Heirs to the*

*Estate of Sylvia Ramos, Deceased v. PM Management - Windcrest NC, LLC d/b/a Trisun Care Center Windcrest, Gerald Harrington, M.D., Setters Medical Group, P.A., Rudolfo Zarate, M.D. and Zarate Medical Group, P.A..* Such order denying Defendant Gerald Harrington, M.D.'s motion for dismissal was entered Court on March 9, 2015.

Defendant Gerald Harrington, M.D. now desires to appeal the above-noted order, denying his motion for dismissal, to the Fourth Court of Appeals in San Antonio, Texas.

**The appeal of this denial is an accelerated appeal.**

WHEREFORE, PREMISES CONSIDERED, Defendant GERALD HARRINGTON, M.D. respectfully requests that the Clerk and all parties take notice of this appeal.

Respectfully submitted,

HOLE & ALVAREZ, L.L.P.
P. O. Box 720547
McAllen, Texas  78504-0547
Telephone:   (956) 631-2891
Telecopier:   (956) 631-2415
E-Mail:         Mail@HoleAlvarez.com


By:     /s/ Ronald G. Hole
          Ronald G. Hole
          State Bar  No. 09834200

**ATTORNEYS FOR DEFENDANT
GERALD HARRINGTON, M.D.**

# CERTIFICATE OF SERVICE

I, Ronald G. Hole, hereby certify that a true and correct copy of the above Notice of Appeal has, on this the **10th** day of **March 2015**, been served via **electronic transfer through an online filing service,** to the following counsel of record:

*Attorneys for Plaintiffs*
**E-MAIL: Michaelm@maloneylawgroup.com**
Mr. Michael D. Maloney
**E-MAIL: Ericam@maloneylawgroup.com**
Ms. Erica O. Maloney
**E-MAIL: Byron@maloneylawgroup.com**
Mr. Byron B. Miller
Law Offices of Pat Maloney, PC
322 W. Woodlawn Ave.,
San Antonio, Texas 78212

*Attorney for Defendants*
*PM Management – Windcrest NC, LLC*
*d/b/a Trisun Care Center Windcrest*
Ms. Emily J. Davenport
Kemp Smith, LLP
816 Congress Avenue, Suite 1260
Austin, Texas 78702-2443
**E-Mail: edavenport@kempsmith.com**

*Attorneys for Defendant*
*Setters Medical Group, P.A.*
Mr. W. Richard Wagner
Wagner & Cario, LLP
7705 Broadway
San Antonio, Texas 78209
**E-Mail: rwagner@wagnercario.com**

*Attorneys for Defendants*
*Rodolfo Zarate, M.D. and*
*Zarate Medical Group, P.A.*
Ms. Lisa A. Rocheleau
Boone, Rocheleau & Rodriguez, P.L.L.C.
10101 Reunion Place, Suite 600
San Antonio, Texas 78209
**E-Mail: lrocheleau@br-lawfirm.com**

/s/ Ronald G. Hole
Ronald G. Hole

BCC:RAM-HAR\PLD